# In the United States Court of Federal Claims

**No. 24-1393 C**

**Filed: September 13, 2024**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **FCN, INC.,** | \* | |
| **Protestor,** | \* | **JUDGMENT** |
| | \* | |
| **v.** | \* | |
| | \* | |
| **THE UNITED STATES,** | \* | |
| **Defendant.** | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Pursuant to the court's Order, filed September 12, 2024,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that protestor's complaint is dismissed.

Lisa L. Reyes,
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

<u>NOTE</u>: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.